```
1  RICHARD A. ERGO (# 110487)
   BOWLES & VERNA LLP
2  2121 N. California Boulevard, Suite 875
   Walnut Creek, California 94596
3  Telephone: (925) 935-3300
   Facsimile: (925) 935-0371
4  Email: raergo@bowlesverna.com

5  Attorneys for Defendants
```

FILED

AUG 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF HOSPITALS AUXILIARY OF THE MEDICAL CENTER AT THE UNIVERSITY OF CALIFORNIA, SAN FRANCISCO, a Non-Profit California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRINCIPAL FINANCIAL GROUP, a Delaware Corporation, PRINCIPAL LIFE INSURANCE COMPANY, an Iowa Corporation; THE CHRISTIAN BROTHERS EMPLOYEE BENEFIT TRUST, Business form unknown; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: C04-3756 MHP ARB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

THE PARTIES AGREE AS FOLLOWS:

1. Plaintiff Regents of the University of California releases all defendants from all liability from the matters alleged in Plaintiff's complaint herein;

2. This case shall be dismissed in its entirety with prejudice.

//

//

-1-

Case No.: C04-3756 MHP ARB

STIPULATION AND ORDER FOR DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: 8-16, 2006 | BOWLES & VERNA LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | RICHARD A. ERGO<br>Attorneys for Defendants |
| 5 | | |
| 6 | DATED: 8/18, 2006 | LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| 10 | | BARRY SULLIVAN<br>Attorneys for Plaintiff |
| 11 | | |

## ORDER

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice.

DATED: August 21, 2006

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

Case No.: C04-3756 MHP ARB

-2-

STIPULATION AND ORDER FOR DISMISSAL